THE STATE EX REL. FORD MOTOR COMPANY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Ford Motor Co. v. Indus. Comm.* (2001), 93 Ohio St.3d 499.]

(No. 01–611—Submitted September 18, 2001—Decided October 31, 2001.)

*Timothy J. Krantz,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis H. Behm,* Assistant Attorney General, for appellee Industrial Commission.

*Stanley Jurus Law Office* and *Robert M. Robinson,* for appellee Joseph Serian.

THE STATE EX REL. TANEFF, APPELLANT, *v.*
CITY OF COLUMBUS ET AL., APPELLEES.

[Cite as *State ex rel. Taneff v. Columbus* (2001), 93 Ohio St.3d 500.]

(No. 01–684—Submitted September 18, 2001—Decided October 31, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.